McGIVERN, Respondent, v. SEBRING, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Michael McGivern against James O. Sebring.

PER CURIAM. Order affirmed, with costs. McLENNAN, P. J., dissents.

McGOWN et al., Appellants, v. BARNUM et al., Respondents. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by David J. McGown and others against Curtis A. Barnum and others. C. L. Barber, for appellants. C. B. Pierce, for respondents. No opinion. Judgment affirmed, with costs.

In re McILROY et al. (Supreme Court, Appellate Division, First Department. October 21, 1904.) In the matter of Alida McIlroy and another. No opinion. Motion granted, and time extended to February 1, 1905.)

McINTYRE, Respondent, v. McINTYRE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30. 1904.) Action by Susie O. McIntyre against Edward M. McIntyre. No opinion. Appeal dismissed, with $10 costs.

McKIBBON, Appellant, v. HOWE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Isaiah McKibbon against J. Henry Howe and others. No opinion. Order affirmed, with $10 costs and disbursements.

McKNIGHT v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by James McKnight, an infant, etc., against the city of New York. M. P. O'Connor, for plaintiff. T. Connoly, for defendant. No opinion. Exceptions overruled, and judgment ordered dismissing complaint, with costs.

McLOUGHLIN, Respondent, v. COMMERCIAL ADVERTISER ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by Agnes E. McLoughlin against the Commerical Advertiser Association. No opinion. Judgment and order unanimously affirmed, with costs.

MADDEN, Respondent, v. JUDGE, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by Thomas F. Madden against Dennis A. Judge. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

MANNIS, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by William T. Mannis against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

90 N.Y.S.—70

MARKHAM, Appellant, v. SHUE, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Homer J. Markham against Frank Shue.

PER CURIAM. Order reversed, with $10 costs and disbursements, and application for a bill of items denied, with $10 costs. Held that, the answer having been served and it not sufficiently appearing that such bill of items was necessary to enable defendant to prepare his answer, the application should have been denied. Davidow v. Auerbach, 15 App. Div. 424, 44 N. Y. Supp. 461; American Credit Indemnity Co. v. Bondy, 17 App. Div. 328, 45 N. Y. Supp. 267.

MARSHALL, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Charles D. Marshall, as trustee, etc., against the city of Buffalo. No opinion. Order affirmed, with costs.

MARTIN'S BANK, Limited, Respondent, v. AMAZONAS CO., Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Martin's Bank, Limited, against the Amazonas Company. An order was entered placing the cause on the special calendar of part 2 as a short cause for trial, as authorized by court rule 5, and defendant appeals. Modified. W. M. Seabury, for appellant. Abraham Benedict, for respondent.

PER CURIAM. The order should be modified by allowing preference only over nonpreferred causes noticed for the same term, and, as thus modified, affirmed, without costs, on authority of Martin's Bank, Limited, v. Amazonas Company (decided herewith) 90 N. Y. Supp. 734.

MARX, Respondent, v. HAINES, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Max Marx against Samuel B. Haines. W. W. Niles, for appellant. M. Rapp, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MARYLAND CASUALTY CO., Appellant, v. SIEGEL-COOPER CO., Respondent. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by the Maryland Casualty Company against the Siegel-Cooper Company. W. H. Lyons, for appellant. E. Hall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MASON, Appellant, v. SIMS, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by John D. Mason against Caroline A. Sims. No opinion. Judgment of the Municipal Court affirmed by default, with costs.